UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**CHAM HOANG,** )
)
       **Petitioner,** ) Case No. CV 08-5651-GHK(AJW)
)
    v. )
)
**JAMES WALKER, Warden,** )    JUDGMENT
)
       **Respondent.** )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 11, 2011                      _____
                                                  George H. King
                                                  United States District Judge